```
4075
RESNICK & LOUIS, P.C.
James M. Barrington, Esq., SBN: 9252
jbarrington@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
```
*Attorneys for Defendant,*
*Petco Animal Supplies Stores, Inc.*

### UNITED STATES DISCTICT COURT

### RENO, NEVADA

| | |
|---|---|
| BILLIE CHAPMAN, an individual, | CASE NO.: 3:21-CV-00404-MMD-CLB |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| PETCO ANIMAL SUPPLIES STORES, INC.; JOHN DOES I through X, inclusive; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES 1-X. inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant, PETCO ANIMAL SUPPLIES STORES, INC., hereby substitutes JAMES M. BARRINGTON, ESQ. of the law firm of RESNICK & LOUIS, P.C., as its attorney of record in place and stead of THIERRY V. BARKLEY, ESQ., of the law firm of GORDON REES SCULLY MANSUKHANI, LLP, in the above-referenced action.

DATED this 31st day of March, 2022.

RESNICK & LOUIS, P.C.

By: _____
James M. Barrington, Esq., SBN: 9252
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Petco Animal Supplies Stores, Inc.*

1

### CONSENT TO SUBSTITUTION

The undersigned attorney hereby consents to the above Substitution of Counsel in the above-entitled action.

DATED this 28th day of March, 2022.

GORDON REES SCULLY
MANSUKHANI, LLP

By: _____
Thierry V. Barkley, Esq.
Bar No.: 724
201 W. Liberty Street, Ste. 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 460-4901
Attorneys for Defendant

### CONSENT TO SUBSTITUTION

The undersigned Defendant hereby consents to the above Substitution of Counsel in the above-entitled action.

DATED this 31st day of March, 2022.

By: _____
Demetrius Nickens
A representative of PETCO ANIMAL SUPPLIES STORES, INC.

IT IS SO ORDERED.

Dated: April 1, 2022

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **SUBSTITUTION OF COUNSEL** was served this 31st day of March, 2022, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to EDCR Rule 7.26(c)(4).

Daniel T. Hayward, Esq.
BRADLEY, DRENDEL & JEANNEY, LTD.
P.O. Box 1987
Reno, NV 89505
Counsel for Plaintiff


Thierry V. Barkley, Esq.
GORDON REES SCULLY & MANSUKHANI, LLP
201 W. Liberty Street, Ste. 320
Reno, Nevada 89501


*/s Susan Carbone*
_____
An Employee of Resnick & Louis, P.C.

This message is confidential and may contain privileged information. Only the intended recipient is authorized to read or utilize the information contained in this e-mail. If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

**From:** Demetrius Nickens <Demetrius.Nickens@PETCO.com>
**Sent:** Thursday, March 31, 2022 9:38 AM
**To:** James Barrington <jbarrington@rlattorneys.com>
**Cc:** Donnelly, Bill <Bill.Donnelly@sedgwick.com>; Susan Carbone <scarbone@rlattorneys.com>
**Subject:** RE: [X] FW: Chapman v. PETCO, 30204355279-0001

Hi James.

I am working from home. You have my permission to execute my name.



**Demetrius Nickens**
Liability Claims Program Manager
Office: 858-453-7845 x 269047
Cell: 858.226.1088

**From:** James Barrington <jbarrington@rlattorneys.com>
**Sent:** Thursday, March 31, 2022 11:36 AM
**To:** Demetrius Nickens <Demetrius.Nickens@PETCO.com>
**Cc:** Donnelly, Bill <Bill.Donnelly@sedgwick.com>; Susan Carbone <scarbone@rlattorneys.com>
**Subject:** [X] FW: Chapman v. PETCO, 30204355279-0001

EXTERNAL EMAIL: Do not click on links or attachments unless you recognize the sender AND know the content is safe.

Hi Demetrius,

Though we have settled this matter, I still need to file the Substitution of Counsel so we can enter into a Stipulation for Dismissal. Therefore, please sign and return the attached. Thanks.

James M. Barrington
Partner
Admitted in Nevada

jbarrington@rlattorneys.com
NV Direct Phone & Fax: 702.577.1556

Contact Information



ARIZONA | CALIFORNIA (7) | COLORADO | FLORIDA (6) | MISSISSIPPI | NEW MEXICO | NEW JERSEY | NEW YORK | NEVADA | SOUTH CAROLINA | TEXAS (4) | UTAH | LONDON, UK

**Susan Carbone**

| | |
|---|---|
| From: | Demetrius Nickens <Demetrius.Nickens@PETCO.com> |
| Sent: | Thursday, March 31, 2022 10:45 AM |
| To: | James Barrington |
| Cc: | Donnelly, Bill; Susan Carbone |
| Subject: | RE: [X] FW: Chapman v. PETCO, 30204355279-0001 |

Excellent



**Demetrius Nickens**
Liability Claims Program Manager
Office: 858-453-7845 x 269047
Cell: 858.226.1088

---

**From:** James Barrington <jbarrington@rlattorneys.com>
**Sent:** Thursday, March 31, 2022 11:56 AM
**To:** Demetrius Nickens <Demetrius.Nickens@PETCO.com>
**Cc:** Donnelly, Bill <Bill.Donnelly@sedgwick.com>; Susan Carbone <scarbone@rlattorneys.com>
**Subject:** RE: [X] FW: Chapman v. PETCO, 30204355279-0001

Thanks Demetrius. We will file with your e-signature.

James M. Barrington
Partner
Admitted in Nevada

jbarrington@rlattorneys.com
NV Direct Phone & Fax: 702.577.1556

Contact Information



ARIZONA | CALIFORNIA (7) | COLORADO | FLORIDA (6) | MISSISSIPPI | NEW MEXICO| NEW JERSEY | NEW YORK |
NEVADA | SOUTH CAROLINA | TEXAS (4) | UTAH | LONDON, UK

www.rlattorneys.com

This message is confidential and may contain privileged information. Only the intended recipient is authorized to read or utilize the information contained in this e-mail. If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

www.rlattorneys.com

1